UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Biopolymer Engineering, Inc.,

Plaintiff,

v.

High Performance Living Corporation,

Defendant.

Civ. File No. 00-2509 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Defendant's Motion for an Extension of Time in Which to Respond to Plaintiff's Motion for Preliminary Injunction. The Court has carefully reviewed the parties' submissions on this matter. On the basis of that review, the Court denies Defendant's Motion.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for an Extension of Time in Which to Respond to Plaintiff's Motion for Preliminary Injunction (Clerk Doc. No. 4) is **DENIED**.

Dated: January 26, 2001

Paul A. Magnuson
United States District Court Judge

FILED JAN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK