UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2509 PAM/JGL

BIOPOLYMER ENGINEERING, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

HIGH PERFORMANCE LIVING CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 2-3 weeks;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2001;

3. Plaintiff shall disclose all expert witnesses by April 1, 2002, reports by June 1, 2002; Defendant shall disclose all expert witnesses by June 1, 2002, reports by July 1, 2002;

4. The period during which the parties may seek discovery shall be completed by December 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to February 1, 2003; and

7. This case will be considered "ready for trial" as of February 1, 2003.

DATED: June 29, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed ______
Francis E. Dosal, Clerk
Judgment Entd. ______
Deputy Clerk ______