UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Biopolymer Engineering, Inc.,

Plaintiff,

v.

High Performance Living Corporation,

Defendant.

Civ. File No. 00-2509 (PAM/JGL)

**ORDER FOR PERMANENT INJUNCTION**

This matter is before the Court upon the parties' stipulation for entry of a permanent injunction. The Court is advised that the parties have settled this matter and that defendant High Performance Living Corporation ("HPL") admits that some of its nutritional products contained finely ground Beta Glucan (1,3) made from yeast and admits that those, and only those, products infringed one or more claims of U.S. Patent 5,576,015 and U.S. Patent 5,502,719 owned by plaintiff Biopolymer Engineering, Inc. ("Biopolymer"). HPL has also agreed that the preliminary injunction entered by this Court on April 25, 2001 will become a permanent injunction, and that it will pay the reasonable attorneys' fees and costs incurred by Biopolymer in the event that Biopolymer brings an action to enforce the injunction and prevails in that action.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The preliminary injunction this Court entered on April 25, 2001 is hereby converted into a permanent injunction;

2. HPL is permanently enjoined from making, selling, offering for sale, marketing and/or importing Beta Glucan products made from yeast that can be used as a dietary or nutritional supplement, unless the Beta Glucan is purchased from Biopolymer, for the life of the '015 and '719 patents;

MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 26 2002
DEPUTY CLERK

3. In the event that Biopolymer brings an action to enforce this injunction and prevails in such action, HPL will pay the reasonable attorneys' fees and costs incurred by Biopolymer in such enforcement action; and

4. This action is dismissed with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 26, 2002

Paul A. Magnuson
United States District Court Judge

::ODMA\PCDOCS\FBDOCS1\2622115\1